IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CRAIG EUGENE JERNIGAN,
    Plaintiff,

vs.                                                          3:06cv223/LAC/MD

COREY FLEETION,
    Defendant.

## REPORT AND RECOMMENDATION

    This case is before the court upon referral from the clerk. Plaintiff initiated this case by the filing of a civil rights complaint on or about May 18, 2006. On August 15, 2006, this court entered an order directing plaintiff to file an amended civil rights complaint. Plaintiff failed to comply, and on September 28, 2006, the court entered an order to show cause allotting plaintiff twenty days to show cause why his case should not be dismissed for failure to comply with an order of the court. Plaintiff has not responded to this order, and over 60 days have elapsed since he was directed to file his amended complaint.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    At Pensacola, Florida, this 19th day of October, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Page 2 of  2*

## NOTICE TO THE PARTIES

  Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).

*Case No: 3:06cv223/LAC/MD*